CT) (Hand carried)

FILED
U.S. DISTRICT COURT
NORTHERN DIST. ...
ORIGINAL

2001 OCT 26  PH 1:05

CLERK OF COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

FRESH KIST PRODUCE, LLC.,                     )
                                              )
                          Plaintiff,          )        **4 - 01 CV / 0 8 6 2  A**
                                              )
          v.                                  )        Case No.
                                              )
METRO BROKERAGE &                             )
DISTRIBUTING, INC., MICHAEL W.                )
SHEID, in his individual capacity, and        )
JANICE M. SHEID, in her individual            )
capacity,                                     )
                                              )
                          Defendants.         )

## COMPLAINT

For its complaint, Plaintiff respectfully states as follows:

### THE PARTIES

1.     Fresh Kist Produce, LLC (the "Plaintiff"), has offices in Salinas, California.

2.     Plaintiff sells wholesale quantities of perishable agricultural commodities ("Produce") in interstate commerce.

3.     Defendants are:

a)     Metro Brokerage & Distributing, Inc. (the "Company"),  a "dealer" under the Perishable Agricultural Commodities Act, 1930,  7 U.S.C. §§ 499a-499t (2000 & Supp. 2001) (the "PACA"), and a purchaser of Produce in wholesale or jobbing quantities;

b)     Michael W. Sheid, in his individual capacity; and

c)     Janice M. Sheid, in her individual capacity.

Michael W. Sheid and Janice M. Sheid are collectively referred to herein as the "Principals."  The

Company and the Principals are collectively referred to herein as the "Defendants."

## JURISDICTION AND VENUE

4.      The District Court has jurisdiction over this civil action arising under § 5(c)(4) of the

PACA, 7 U.S.C. § 499e(c)(4), pursuant to 28 U.S.C. § 1331.  The Court has supplemental jurisdiction

over Plaintiff's other claims pursuant to 28 U.S.C. § 1367(a).

5.      Venue in this District is based on 28 U.S.C. § 1391(b) because a substantial part of the

events or omissions giving rise to Plaintiff's claims occurred in this district and a substantial part of

the property that is the subject of this action is situated in this district.

## FACTUAL ALLEGATIONS

6.      Plaintiff sold to the Defendants, and Defendants purchased from Plaintiff, Produce

having a principal value in the amount of $62,517.25.

7.      The Produce identified above was sold pursuant to the invoices attached hereto as

Group Exhibit A.

8.      The Defendants received from the Plaintiff the invoices included in Group Exhibit A.

9.      The Defendants received and accepted the Produce identified in the invoices attached

as Group Exhibit A.

10.      The Defendants failed to pay for the Produce despite repeated written demands.

11.      The Plaintiff is an unpaid supplier or seller of Produce having sold Produce to the

Defendants for which it remains unpaid.

12.      The Plaintiff operates its business under a valid PACA License issued by the United

States Department of Agriculture (the "USDA").

13.      Pursuant to the PACA 7 U.S.C. § 499e(c), the Plaintiff is a beneficiary of a statutory

trust res designed as a fund from which it can be assured payment.  The trust became effective at the

time the Defendants first began accepting shipments of Produce.

## COUNT I.

### ENFORCEMENT OF THE PACA TRUST
7 U.S.C. § 499e(c)(4)

### COMPANY and PRINCIPALS

14.    Plaintiff realleges paragraphs 1 through 13.

15.    The Defendants are in possession, custody and control of PACA trust assets for the benefit of Plaintiff and other similarly situated PACA trust beneficiaries.

16.    The Defendants failed to pay Plaintiff from the PACA trust assets for the shipments of Produce referenced in paragraph 7.

17.    The Defendants failed to maintain sufficient trust assets to fully satisfy all qualified PACA trust claims such as the Plaintiff's unpaid claims asserted in this action.

18.    As a direct result of the Defendants' failure to properly protect the PACA trust assets from dissipation, Plaintiff suffered damages which are covered under the PACA trust in the current amount of $68,767.25.

19.    Plaintiff seeks the entry of an Order directing the Defendants to immediately turn over to the Plaintiff, as beneficiary of the trust, an amount of the PACA trust res equal to the sum of $68,767.25.

## COUNT II.

### BREACH OF CONTRACT

### COMPANY

20.    Plaintiff realleges paragraphs 1 through 13.

21.    Plaintiff and the Company entered into contracts under which Plaintiff agreed to sell

the Produce and the Company agreed to purchase the Produce, each of which are referenced in paragraphs 6 and 7 above.

22.    The Defendants failed to pay for each shipment of Produce in the aggregate amount of $68,767.25.

23.    Plaintiff seeks entry of an Order directing the Company to immediately pay the current sum of $68,767.25 to the Plaintiff.

## COUNT III.

### BREACH OF FIDUCIARY DUTY TO PACA TRUST BENEFICIARIES

### PRINCIPALS

24.    Plaintiff realleges paragraphs 1 through 13.

25.    At all times relevant to this action, each of the Principals were officers and persons in charge of all aspects of the Company's business undertakings.

26.    At all times relevant to this action, each of the Principals was a "dealer," engaged in the business of buying or selling Produce in interstate commerce under a PACA license issued by the USDA.

27.    The Principals controlled and managed the Company's operations and had control over its financial dealings, including those involving the PACA trust assets.

28.    The Principals had full knowledge and responsibility for the handling of the Company's PACA trust undertakings.

29.    As the officers of the Company, the Principals were the statutory trustees of Plaintiff's PACA trust assets and was required to maintain the trust assets in such a manner as to ensure there are, at all times, sufficient trusts assets to satisfy all outstanding PACA trust obligations such as that owed to Plaintiff.

4

30.    Because Plaintiff's invoices and those of other qualified PACA trust beneficiaries have not been paid from PACA trust assets as their bills fell due, Plaintiff has reason to believe the Principals dissipated the PACA, trust or transferred trust assets to entities having claims which are subordinate to the Plaintiff's claims, to the detriment of the Plaintiff and all other equally situated and properly qualified PACA trust beneficiaries.

31.    The Principals continue to hold any and all PACA Trust assets having come into their individual possession as trustees for Plaintiff's beneficial interest in the PACA Trust.

32.    The Principals are personally liable to Plaintiff, which liability is joint and several with the Company and any third parties having received any PACA trust assets with actual or constructive notice of the breach of the PACA Trust, for the dissipation of the PACA trust to the extent of $68,767.25, to be satisfied from the Principals' personal assets.

**FOR THESE REASONS,**  Plaintiff seeks the entry of an Order providing as follows:

A)    Declaring the Defendants to be holding the above described PACA trust assets as Trustee for the sole and exclusive benefit of Plaintiff and other qualified PACA trust beneficiaries;

B)    As to Count I, directing the Defendants to assign, transfer, deliver and turn over to Plaintiff, or a designated escrow agent, all of the above described PACA trust assets sufficient to allow liquidation of such assets to the extent necessary to replenish the PACA trust to a sufficient level to satisfy any and all qualified PACA trust claims;

C)    As to Count I, entering a Final Judgment in favor of Plaintiff and against the Defendants, on a joint and several basis, in the current amount of $68,767.25, less any actual recovery on other Counts herein;

D)    As to Count II, entering a Final Judgment in favor of Plaintiff and against the Company, in the current amount of $68,767.25, less any actual recovery on other Counts herein;



E)   As to Count III, entering a final judgment in favor of Plaintiff and against the Principals, on a joint and several basis, for breach of their fiduciary duties to the PACA trust, in the current amount of $68,767.25, less any actual recovery on other Counts herein; and

F)   Providing such other and further relief as the Court deems appropriate upon consideration of this matter.

Respectfully submitted,

FRESH KIST PRODUCE, LLC.

By: _____
One of Its Attorneys

Carrie R. Mitchell, Esq.
BROUSSEAU & ASSOCIATES
Two Turtle Creek Village
3838 Oak Lawn Avenue, Suite 900
Dallas, Texas 75219-4510
Tel: 214/220-1220

<u>Co-Counsel:</u>

Michael J. Keaton, Esq.
David M. Bagdade, Esq.
KEATON & ASSOCIATES, P.C.
751 Roosevelt Road, Suite 220
Glen Ellyn, Illinois 60137
Tel:  630/942-9800

**GROUP EXHIBIT A**

Sheet1

**PACA TRUST CHART**

Claimant:   Fresh Kist Produce                    Debtor:   Metro Brokerage & Distributing, Inc.
Date:       10/25/01                              Terms:    Net 10 days + collection costs

| INVOICE NUMBER | DATE OF TRANSACTION | PAYMENT DUE | NOTICE DATE | ELAPSED DAYS | INVOICE AMOUNT | TRUST AMOUNT |
|---|---|---|---|---|---|---|
| 146236 | 08/21/01 | 08/31/01 | 08/21/01 | 0 | $ 1,508.00 | $ 1,508.00 |
| 147255 | 08/27/01 | 09/06/01 | 08/27/01 | 0 | $ 2,726.50 | $ 2,726.50 |
| 147256 | 08/29/01 | 09/08/01 | 08/29/01 | 0 | $ 2,952.25 | $ 2,952.25 |
| 147512 | 08/31/01 | 09/10/01 | 08/31/01 | 0 | $ 5,053.50 | $ 5,053.50 |
| 147808 | 09/04/01 | 09/14/01 | 09/04/01 | 0 | $ 3,920.00 | $ 3,920.00 |
| 148205 | 09/06/01 | 09/16/01 | 09/06/01 | 0 | $ 6,695.00 | $ 6,695.00 |
| 148216 | 09/11/01 | 09/21/01 | 09/11/01 | 0 | $ 5,570.25 | $ 5,570.25 |
| 148669 | 09/14/01 | 09/24/01 | 09/14/01 | 0 | $ 3,195.50 | $ 3,195.50 |
| 148695 | 09/14/01 | 09/24/01 | 09/14/01 | 0 | $ 4,020.00 | $ 4,020.00 |
| 149015 | 09/17/01 | 09/27/01 | 09/17/01 | 0 | $ 1,992.50 | $ 1,992.50 |
| 149426 | 09/21/01 | 10/01/01 | 09/21/01 | 0 | $ 4,245.50 | $ 4,245.50 |
| 149757 | 09/24/01 | 10/04/01 | 09/24/01 | 0 | $ 2,075.00 | $ 2,075.00 |
| 150112 | 09/29/01 | 10/09/01 | 09/29/01 | 0 | $ 2,916.00 | $ 2,916.00 |
| 150144 | 10/02/01 | 10/12/01 | 10/02/01 | 0 | $ 2,585.50 | $ 2,585.50 |
| 150855 | 10/04/01 | 10/14/01 | 10/04/01 | 0 | $ 4,965.00 | $ 4,965.00 |
| 150897 | 10/09/01 | 10/19/01 | 10/09/01 | 0 | $ 1,913.25 | $ 1,913.25 |
| 151338 | 10/10/01 | 10/20/01 | 10/10/01 | 0 | $ 2,590.00 | $ 2,590.00 |
| 151339 | 10/13/01 | 10/23/01 | 10/13/01 | 0 | $ 840.50 | $ 840.50 |
| 151914 | 10/18/01 | 10/28/01 | 10/18/01 | 0 | $ 2,753.00 | $ 2,753.00 |
| | | | | | | |
| * Collection Costs | | | | | | $ 6,250.00 |
| | | | | | | |
| **TOTALS** | | | | | $ 62,517.25 | $ 68,767.25 |

* Collection costs are calculated through date above



P.O. BOX 3617
SALINAS, CA 93912
(831) 775-1000
FAX: (831) 757-2357

**P R O D U C E, L L C.**

R04    **INVOICE NO.**    146236        1
                                        FOB SALE

**INVOICE DATE**        8/21/01

**SALES ORDER NO.**    146236

**SOLD TO:**    010850 00-00        **SHIPPED TO:**    METRO    0

METRO BROKERAGE & DIST., INC.        METRO BROKERAGE & DIST., INC.
2000 GERALD LANE                     DALLAS TX
ARLINGTON TX 76001

| P.O.NUMBER | BROKER | DATE SHIPPED | DUE DATE |
|---|---|---|---|
| | | 8/21/01 | 08/31/01 |
| SOLD BY | DESTINATION | SHIPPED VIA | TERMS |
| GARY MCCONKEY | DALLAS TX | ROSE CITY | NET 10 DAYS |

| QTY | UOM | DESCRIPTION | LOADED PRICE | AMOUNT |
|---|---|---|---|---|
| | | ALL SALES FOB NO GRADE CONTRACT WITH GOOD DELIVERY STANDARDS APPLYING EXCLUDING BRUISING AND/OR DISCOLORATION FOLLOWING BRUISING. IN ADDITION, ALSO EXCLUDED FROM THIS CONTRACT ARE ALL EFFECTS RELATED TO FREEZE DAMAGE. | | |
| 12 | 96 CTN | CAULIFLOWER 9 JC | 4.8125 | $462.00 |
| | 1-EA | OTHER INSPECTION | 67.0000 | $67.00- |
| 11 | 84 CTN | GREEN LEAF LINER 24 CB | 13.2500 | $1,113.00 |

180                                INVOICE TOTAL    $1,508.00

<<< FULL PAYMENT PROMPTLY, ACCORDING TO USDA REGULATIONS >>>

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

In the event legal action is commenced to collect the sum due under this invoice, the prevailing party shall be entitled to recover from the other party its costs and a reasonable attorney's fee incurred thereby, in addition to any other damages allowed by law.

**REMIT TO:**

FRESH KIST PRODUCE, LLC.
P.O. BOX 3617
SALINAS, CA 93912
(831) 757-0891

THIS INVOICE REPRESENTS OUR UNDERSTANDING OF THE TRANSACTION AS ORIGINALLY CONSUMMATED. WIRE ANY CONTRACTUAL DISCREPANCIES UPON ITS RECEIPT. THEREAFTER, WE WILL ASSUME YOU CONSIDER IT CORRECT.

<< PLEASE MAKE CHECK PAYABLE TO
    FRESH KIST PRODUCE LLC.



**FRESH KIST**

P R O D U C E, L L C.

P.O. BOX 3617
SALINAS, CA 93912
(831) 775-1000
FAX: (831) 757-2367

R02    **INVOICE NO.**    147255    1
FOB SALE

**INVOICE DATE**    8/27/01

**SALES ORDER NO.**    147255

**SOLD TO:**    010650 00-00    **SHIPPED TO:**    METRO    0

METRO BROKERAGE & DIST., INC.    METRO BROKERAGE & DIST., INC.
2000 GERALD LANE    DALLAS TX
ARLINGTON TX 76001

| P.O. NUMBER | BROKER | DATE SHIPPED | DUE DATE |
|---|---|---|---|
| | | 8/27/01 | 09/06/01 |
| SOLD BY | DESTINATION | SHIPPED VIA | TERMS |
| GARY MCCONKEY | DALLAS TX | FRANCIS | NET 10 DAYS |

| QTY | UOM | DESCRIPTION | LOADED PRICE | AMOUNT |
|---|---|---|---|---|
| | | ALL SALES FOB NO GRADE CONTRACT WITH GOOD DELIVERY STANDARDS APPLYING EXCLUDING BRUISING AND/OR DISCOLORATION FOLLOWING BRUISING. IN ADDITION, ALSO EXCLUDED FROM THIS CONTRACT ARE ALL EFFECTS RELATED TO FREEZE DAMAGE. | | |
| 11 | 140 CTN | ROMAINE LINER 24 FK | 14.7800 | $2,065.00 |
| 11 | 42 CTN | GREEN LEAF 24 CB | 15.7500 | $661.50 |

182    **INVOICE TOTAL**    $2,726.50

<<< FULL PAYMENT PROMPTLY, ACCORDING TO USDA REGULATIONS >>>

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

In the event legal action is commenced to collect the sum due under this invoice, the prevailing party shall be entitled to recover from the other party its costs and a reasonable attorney's fee incurred thereby, in addition to any other damages allowed by law.

**REMIT TO:**

FRESH KIST PRODUCE, LLC.
P.O. BOX 3617
SALINAS, CA 93912
(831) 757-0891

THIS INVOICE REPRESENTS OUR UNDERSTANDING OF THE TRANSACTION AS ORIGINALLY CONSUMMATED. WIRE ANY CONTRACTUAL DISCREPANCIES UPON ITS RECEIPT. THEREAFTER, WE WILL ASSUME YOU CONSIDER IT CORRECT.

<< PLEASE MAKE CHECK PAYABLE TO
FRESH KIST PRODUCE LLC.



P RO DUCE, LLC.

R02    **INVOICE NO.**    147256        1
                          FOB SALE

**INVOICE DATE**
                          8/29/01

**SALES ORDER NO.**
                          147256

P.O. BOX 3617
SALINAS, CA 93912
(831) 775-1000
FAX: (831) 757-2357

**SOLD TO:**    010850 00-00    **SHIPPED TO:**    METRO    0

METRO BROKERAGE & DIST., INC.          METRO BROKERAGE & DIST., INC.
2000 GERALD LANE                       DALLAS TX
ARLINGTON TX 76001

| P.O. NUMBER | BROKER | DATE SHIPPED | DUE DATE |
|---|---|---|---|
| | | 8/29/01 | 09/08/01 |
| SOLD BY | DESTINATION | SHIPPED VIA | TERMS |
| GARY MCCONKEY | DALLAS TX | ROSECITY T | NET 10 DAYS |

| QTY | UOM | DESCRIPTION | LOADED PRICE | AMOUNT |
|---|---|---|---|---|
| | | ALL SALES FOB NO GRADE CONTRACT WITH GOOD DELIVERY STANDARDS APPLYING EXCLUDING BRUISING AND/OR DISCOLORATION FOLLOWING BRUISING. IN ADDITION, ALSO EXCLUDED FROM THIS CONTRACT ARE ALL EFFECTS RELATED TO FREEZE DAMAGE. | | |
| 11 | 175 CTN | ROMAINE LINER 24 PK | 10.7500 | $1,881.25 |
| 11 | 84 CTN | GREEN LEAF 24 CB | 12.7500 | $1,071.00 |

259                                    INVOICE TOTAL    $2,952.25

<<< FULL PAYMENT PROMPTLY, ACCORDING TO USDA REGULATIONS >>>

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

In the event legal action is commenced to collect the sum due under this invoice, the prevailing party shall be entitled to recover from the other party its costs and a reasonable attorney's fee incurred thereby, in addition to any other damages allowed by law.

**REMIT TO:**

FRESH KIST PRODUCE, LLC.
P.O. BOX 3617
SALINAS, CA 93912
(831) 757-0891

THIS INVOICE REPRESENTS OUR UNDERSTANDING OF THE
TRANSACTION AS ORIGINALLY CONSUMMATED. WIRE ANY
CONTRACTUAL DISCREPANCIES UPON ITS RECEIPT. THEREAFTER,
WE WILL ASSUME YOU CONSIDER IT CORRECT.

<< PLEASE MAKE CHECK PAYABLE TO
   FRESH KIST PRODUCE LLC.



**FRESH KIST**

**P R O D U C E , L.L.C.**

R02

**INVOICE NO.**   147512   1
FOB SALE

**INVOICE DATE**   8/31/01

**SALES ORDER NO.**   147512

P.O. BOX 3617
SALINAS, CA 93912
(831) 775-1000
FAX: (831) 757-2357

**SOLD TO:**   010850 00-00

**SHIPPED TO:**   METRO   0

METRO BROKERAGE & DIST., INC.
2000 GERALD LANE
ARLINGTON TX 76001

METRO BROKERAGE & DIST., INC.
DALLAS TX

| P.O. NUMBER | BROKER | DATE SHIPPED | DUE DATE |
|---|---|---|---|
| | | 8/31/01 | 09/10/01 |
| SOLD BY | DESTINATION | SHIPPED VIA | TERMS |
| GARY MCCONKEY | DALLAS TX | ROSE CITY | NET 10 DAYS |

| QTY | UOM | DESCRIPTION | LOADED PRICE | AMOUNT |
|---|---|---|---|---|
| | | ALL SALES FOB NO GRADE CONTRACT WITH GOOD DELIVERY STANDARDS APPLYING EXCLUDING BRUISING AND/OR DISCOLORATION FOLLOWING BRUISING. IN ADDITION, ALSO EXCLUDED FROM THIS CONTRACT ARE ALL EFFECTS RELATED TO FREEZE DAMAGE. | | |
| 11 | 288 CTN | BROCCOLI CROWN 20# PSAL | 6.5000 | $1,872.00 |
| 11 | 280 CTN | ROMAINE LINER 24 FK | 9.7500 | $2,730.00 |
| 11 | 42 CTN | GREEN LEAF LINER 24 FK | 10.7500 | $451.50 |

610   **INVOICE TOTAL**   $5,053.50

**<<< FULL PAYMENT PROMPTLY, ACCORDING TO USDA REGULATIONS >>>**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

In the event legal action is commenced to collect the sum due under this invoice, the prevailing party shall be entitled to recover from the other party its costs and a reasonable attorney's fee incurred thereby, in addition to any other damages allowed by law.

**REMIT TO:**

FRESH KIST PRODUCE, LLC.
P.O. BOX 3617
SALINAS, CA 93912
(831) 757-0891

THIS INVOICE REPRESENTS OUR UNDERSTANDING OF THE TRANSACTION AS ORIGINALLY CONSUMMATED. WIRE ANY CONTRACTUAL DISCREPANCIES UPON ITS RECEIPT. THEREAFTER, WE WILL ASSUME YOU CONSIDER IT CORRECT.

**<< PLEASE MAKE CHECK PAYABLE TO FRESH KIST PRODUCE LLC.**



**FRESH KIST**

P R O D U C E, L L C.

P.O. BOX 3617
SALINAS, CA 93912
(831) 775-1000
FAX: (831) 757-2357

R01  **INVOICE NO.**  147808  1
FOB SALE

**INVOICE DATE**  9/04/01

**SALES ORDER NO.**  147808

**SOLD TO:**  010850 00-00

**SHIPPED TO:**  METRO  0

METRO BROKERAGE & DIST., INC.
2000 GERALD LANE
ARLINGTON TX 76001

METRO BROKERAGE & DIST., INC.
DALLAS TX

| P.O.NUMBER | BROKER | DATE SHIPPED | DUE DATE |
|---|---|---|---|
| | | 9/04/01 | 09/14/01 |

| SOLD BY | DESTINATION | SHIPPED VIA | TERMS |
|---|---|---|---|
| GARY MCCONKEY | DALLAS TX | ROSE CITY | NET 10 DAYS |

| QTY | UOM | DESCRIPTION | LOADED PRICE | AMOUNT |
|---|---|---|---|---|
| | | ALL SALES FOB NO GRADE CONTRACT WITH GOOD DELIVERY STANDARDS APPLYING EXCLUDING BRUISING AND/OR DISCOLORATION FOLLOWING BRUISING. IN ADDITION, ALSO EXCLUDED FROM THIS CONTRACT ARE ALL EFFECTS RELATED TO FREEZE DAMAGE. | | |
| 12 | 280 CTN | ROMAINE LINER 24 FK | 8.7500 | $2,450.00 |
| | 168 CTN | GREEN LEAF LINER 24 FK | 8.7500 | $1,470.00 |

448  **INVOICE TOTAL**  $3,920.00

<<< FULL PAYMENT PROMPTLY, ACCORDING TO USDA REGULATIONS >>>

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499(e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

In the event legal action is commenced to collect the sum due under this invoice, the prevailing party shall be entitled to recover from the other party its costs and a reasonable attorney's fee incurred thereby, in addition to any other damages allowed by law.

**REMIT TO:**

FRESH KIST PRODUCE, LLC.
P.O. BOX 3617
SALINAS, CA  93912
(831) 757-0891

THIS INVOICE REPRESENTS OUR UNDERSTANDING OF THE TRANSACTION AS ORIGINALLY CONSUMMATED. WIRE ANY CONTRACTUAL DISCREPANCIES UPON ITS RECEIPT. THEREAFTER, WE WILL ASSUME YOU CONSIDER IT CORRECT.

<< PLEASE MAKE CHECK PAYABLE TO
FRESH KIST PRODUCE LLC.



**FRESH KIST**
**P R O D U C E, L.L.C.**

R02    **INVOICE NO.**    148205    1
FOB SALE

**INVOICE DATE**
9/06/01

**SALES ORDER NO.**    148205

P.O. BOX 3617
SALINAS, CA 93912
(831) 775-1000
FAX: (831) 757-2357

**SOLD TO:**    010850 00-00    **SHIPPED TO:**    METRO    0

METRO BROKERAGE & DIST., INC.
2000 GERALD LANE
ARLINGTON TX 76001

METRO BROKERAGE & DIST., INC.
DALLAS TX

| P.O. NUMBER | BROKER | DATE SHIPPED | DUE DATE |
|---|---|---|---|
| | | 9/06/01 | 09/16/01 |
| SOLD BY | DESTINATION | SHIPPED VIA | TERMS |
| GARY MCCONKEY | DALLAS TX | FRANCIS TR | NET 10 DAYS |

| QTY | UOM | DESCRIPTION | LOADED PRICE | AMOUNT |
|---|---|---|---|---|
| | | ALL SALES FOB NO GRADE CONTRACT WITH GOOD DELIVERY STANDARDS APPLYING EXCLUDING BRUISING AND/OR DISCOLORATION FOLLOWING BRUISING. IN ADDITION, ALSO EXCLUDED FROM THIS CONTRACT ARE ALL EFFECTS RELATED TO FREEZE DAMAGE. | | |
| 11 | 1 CTN | BBY SPNCH 4# OP *sample* | .0000 | $0.00 |
| 11 | 200 CTN | LETTUCE PLTZ / LINER 24 FK | 17.7500 | $3,550.00 |
| 11 | 288 CTN | BROCCOLI CROWN 20# PSAL | 5.2500 | $1,512.00 |
| 11 | 96 CTN | CELERY 24 FK | 4.2500 | $408.00 |
| 11 | 140 CTN | ROMAINE LINER 24 FK | 8.7500 | $1,225.00 |

725                                    **INVOICE TOTAL**    **$6,695.00**

**<<< FULL PAYMENT PROMPTLY, ACCORDING TO USDA REGULATIONS >>>**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

In the event legal action is commenced to collect the sum due under this invoice, the prevailing party shall be entitled to recover from the other party its costs and a reasonable attorney's fee incurred thereby, in addition to any other damages allowed by law.

**REMIT TO:**

FRESH KIST PRODUCE, LLC.
P.O. BOX 3617
SALINAS, CA 93912
(831) 757-0891

THIS INVOICE REPRESENTS OUR UNDERSTANDING OF THE TRANSACTION AS ORIGINALLY CONSUMMATED. WIRE ANY CONTRACTUAL DISCREPANCIES UPON ITS RECEIPT. THEREAFTER, WE WILL ASSUME YOU CONSIDER IT CORRECT.

**<< PLEASE MAKE CHECK PAYABLE TO**
**FRESH KIST PRODUCE LLC.**



**P R O D U C E, L L C.**

R01    **INVOICE NO.**    148216    1
          FOB SALE

**INVOICE DATE**    9/11/01

**SALES ORDER NO.**    148216

P.O. BOX 3817
SALINAS, CA 93912
(831) 775-1000
FAX: (831) 757-2357

**SOLD TO:**    010850 00-00      **SHIPPED TO:**    METRO    0

METRO BROKERAGE & DIST., INC.
2000 GERALD LANE
ARLINGTON TX 76001

METRO BROKERAGE & DIST., INC.
DALLAS TX

| P.O. NUMBER | BROKER | DATE SHIPPED | DUE DATE |
|---|---|---|---|
| | | 9/11/01 | 09/21/01 |
| SOLD BY | DESTINATION | SHIPPED VIA | TERMS |
| GARY MCCONKEY | DALLAS TX | ROSE CITY | NET 10 DAYS |

| QTY | UOM | DESCRIPTION | LOADED PRICE | AMOUNT |
|---|---|---|---|---|
| | | ALL SALES FOR NO GRADE CONTRACT WITH GOOD DELIVERY STANDARDS APPLYING EXCLUDING BRUISING AND/OR DISCOLORATION FOLLOWING BRUISING. IN ADDITION, ALSO EXCLUDED FROM THIS CONTRACT ARE ALL EFFECTS RELATED TO FREEZE DAMAGE. | | |
| 11 | 200 CTN | LETTUCE PLTZ / LINER 24 FK | 16.7500 | $3,350.00 |
| 11 | 32 CTN | CELERY 24 FK | 4.7500 | $152.00 |
| 11 | 32 CTN | CELERY 30 FK | 4.7500 | $152.00 |
| 11 | 105 CTN | ROMAINE LINER 24 FK | 7.7500 | $813.75 |
| 11 | 126 CTN | GREEN LEAF LINER 24 FK | 8.7500 | $1,102.50 |

495            **INVOICE TOTAL**    **$5,570.25**

**<<< FULL PAYMENT PROMPTLY, ACCORDING TO USDA REGULATIONS >>>**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

In the event legal action is commenced to collect the sum due under this invoice, the prevailing party shall be entitled to recover from the other party its costs and a reasonable attorney's fee incurred thereby, in addition to any other damages allowed by law.

**REMIT TO:**

FRESH KIST PRODUCE, LLC.
P.O. BOX 3617
SALINAS, CA 93912
(831) 757-0891

THIS INVOICE REPRESENTS OUR UNDERSTANDING OF THE TRANSACTION AS ORIGINALLY CONSUMMATED. WIRE ANY CONTRACTUAL DISCREPANCIES UPON ITS RECEIPT. THEREAFTER, WE WILL ASSUME YOU CONSIDER IT CORRECT.

**<< PLEASE MAKE CHECK PAYABLE TO**
**FRESH KIST PRODUCE LLC.**



**FRESH KIST**

P R O D U C E, L L C.

R02    **INVOICE NO.**        148669        1

P.O. BOX 3817
SALINAS, CA 93912
(831) 775-1000
FAX: (831) 757-2357

FOB SALE

**INVOICE DATE**    9/14/01

**SALES ORDER NO.**    148669

**SOLD TO:**    010850 00-00

**SHIPPED TO:**    METRO    0

METRO BROKERAGE & DIST., INC.
2000 GERALD LANE
ARLINGTON TX 76001

METRO BROKERAGE & DIST., INC.
DALLAS TX

| P.O. NUMBER | BROKER | DATE SHIPPED | DUE DATE |
|---|---|---|---|
| | | 9/14/01 | 09/24/01 |
| SOLD BY | DESTINATION | SHIPPED VIA | TERMS |
| GARY MCCONKEY | DALLAS TX | FRANCIS | NET 10 DAYS |

| QTY | UOM | DESCRIPTION | LOADED PRICE | AMOUNT |
|---|---|---|---|---|
| | | ALL SALES FOB NO GRADE CONTRACT WITH GOOD DELIVERY STANDARDS APPLYING EXCLUDING BRUISING AND/OR DISCOLORATION FOLLOWING BRUISING. IN ADDITION, ALSO EXCLUDED FROM THIS CONTRACT ARE ALL EFFECTS RELATED TO FREEZE DAMAGE. | | |
| 11 | 210 CTN | ROMAINE LINER 24 FK | 7.7500 | $1,627.50 |
| 11 | 126 CTN | GREEN LEAF 24 OP | 6.7500 | $850.50 |
| 11 | 42 CTN | RED LEAF LINER 24 FK | 8.7500 | $367.50 |
| 11 | 20 CTN | BABY CELLO SPINACH 4 X 2 1/2 OP | 17.5000 | $350.00 |

398                                    INVOICE TOTAL        $3,195.50

<<< FULL PAYMENT PROMPTLY, ACCORDING TO USDA REGULATIONS >>>

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

In the event legal action is commenced to collect the sum due under this invoice, the prevailing party shall be entitled to recover from the other party its costs and a reasonable attorney's fee incurred thereby, in addition to any other damages allowed by law.

**REMIT TO:**

FRESH KIST PRODUCE, LLC.
P.O. BOX 3617
SALINAS, CA  93912
(831) 757-0891

THIS INVOICE REPRESENTS OUR UNDERSTANDING OF THE
TRANSACTION AS ORIGINALLY CONSUMMATED. WIRE ANY
CONTRACTUAL DISCREPANCIES UPON ITS RECEIPT. THEREAFTER,
WE WILL ASSUME YOU CONSIDER IT CORRECT.

<< PLEASE MAKE CHECK PAYABLE TO
FRESH KIST PRODUCE LLC.



**FRESH**

**P R O D U C E, L L C.**

R01

**INVOICE NO.** 148695     1
FOB SALE

**INVOICE DATE** 9/14/01

**SALES ORDER NO.** 148695

P.O. BOX 3617
SALINAS, CA 93912
(831) 775-1000
FAX: (831) 757-2357

**SOLD TO:** 010850 00-00     **SHIPPED TO:** METRO     0

METRO BROKERAGE & DIST., INC.        METRO BROKERAGE & DIST., INC.
2000 GERALD LANE                     DALLAS TX
ARLINGTON TX 76001

| P.O. NUMBER | BROKER | DATE SHIPPED | DUE DATE |
|---|---|---|---|
|  |  | 9/14/01 | 09/24/01 |
| SOLD BY | DESTINATION | SHIPPED VIA | TERMS |
| GARY MCCONKEY | DALLAS TX | FRANCIS | NET 10 DAYS |

| QTY | UOM | DESCRIPTION | LOADED PRICE | AMOUNT |
|---|---|---|---|---|
|  |  | ALL SALES FOB NO GRADE CONTRACT WITH GOOD DELIVERY STANDARDS APPLYING EXCLUDING BRUISING AND/OR DISCOLORATION FOLLOWING BRUISING. IN ADDITION, ALSO EXCLUDED FROM THIS CONTRACT ARE ALL EFFECTS RELATED TO FREEZE DAMAGE. |  |  |
| 12 | 240 CTN | LETTUCE PLTZ / LINER 24 FK | 16.7500 | $4,020.00 |

240                              INVOICE TOTAL     $4,020.00

<<< FULL PAYMENT PROMPTLY, ACCORDING TO USDA REGULATIONS >>>

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

In the event legal action is commenced to collect the sum due under this invoice, the prevailing party shall be entitled to recover from the other party its costs and a reasonable attorney's fee incurred thereby, in addition to any other damages allowed by law.

**REMIT TO:**

FRESH KIST PRODUCE, LLC.
P.O. BOX 3617
SALINAS, CA 93912
(831) 757-0891

THIS INVOICE REPRESENTS OUR UNDERSTANDING OF THE TRANSACTION AS ORIGINALLY CONSUMMATED. WIRE ANY CONTRACTUAL DISCREPANCIES UPON ITS RECEIPT. THEREAFTER, WE WILL ASSUME YOU CONSIDER IT CORRECT.

<< PLEASE MAKE CHECK PAYABLE TO
FRESH KIST PRODUCE LLC.



PRODUCE, LLC.

P.O. BOX 3617
SALINAS, CA 93912
(831) 775-1000
FAX: (831) 757-2357

R.01    **INVOICE NO.**    149015    1
                           FOB SALE
        **INVOICE DATE**
                           9/17/01
        **SALES ORDER NO.**
                           149015

**SOLD TO:**    010850 00-00    **SHIPPED TO:**    METRO    0

METRO BROKERAGE & DIST., INC.        METRO BROKERAGE & DIST., INC.
2000 GERALD LANE                     DALLAS TX
ARLINGTON TX 76001

| P.O. NUMBER | BROKER | DATE SHIPPED | DUE DATE |
|---|---|---|---|
| | | 9/17/01 | 09/27/01 |
| SOLD BY | DESTINATION | SHIPPED VIA | TERMS |
| GARY MCCONKEY | DALLAS TX | FRANCIS TR | NET 10 DAYS |

| QTY | UOM | DESCRIPTION | LOADED PRICE | AMOUNT |
|---|---|---|---|---|
| | | ALL SALES FOB NO GRADE CONTRACT WITH GOOD DELIVERY STANDARDS APPLYING EXCLUDING BRUISING AND/OR DISCOLORATION FOLLOWING BRUISING. IN ADDITION, ALSO EXCLUDED FROM THIS CONTRACT ARE ALL EFFECTS RELATED TO FREEZE DAMAGE. | | |
| 11 | 80 CTN | LETTUCE PLTZ / LINER 24 FK | 15.7500 | $1,260.00 |
| 11 | 36 CTN | CAULIFLOWER 16 FK | 6.2500 | $225.00 |
| 11 | 70 CTN | ROMAINE LINER 24 FK | 7.2500 | $507.50 |

186                              INVOICE TOTAL    $1,992.50

<<< FULL PAYMENT PROMPTLY, ACCORDING TO USDA REGULATIONS >>>

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5© of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

In the event legal action is commenced to collect the sum due under this invoice, the prevailing party shall be entitled to recover from the other party its costs and a reasonable attorney's fee incurred thereby, in addition to any other damages allowed by law.

**REMIT TO:**

FRESH KIST PRODUCE, LLC.
P.O. BOX 3617
SALINAS, CA  93912
(831) 757-0891

THIS INVOICE REPRESENTS OUR UNDERSTANDING OF THE
TRANSACTION AS ORIGINALLY CONSUMMATED. WIRE ANY
CONTRACTUAL DISCREPANCIES UPON ITS RECEIPT. THEREAFTER,
WE WILL ASSUME YOU CONSIDER IT CORRECT.

<< PLEASE MAKE CHECK PAYABLE TO
      FRESH KIST PRODUCE LLC.



**FRESH KIST**

**PRODUCE, LLC.**

R03   **INVOICE NO.**   149426   1
FOB SALE

**INVOICE DATE**   9/21/01

**SALES ORDER NO.**   149426

P.O. BOX 3617
SALINAS, CA 93912
(831) 775-1000
FAX: (831) 757-2357

**SOLD TO:**   010850 00-00   **SHIPPED TO:**   METRO   0

METRO BROKERAGE & DIST., INC.          METRO BROKERAGE & DIST., INC.
2000 GERALD LANE                       DALLAS TX
ARLINGTON TX 76001

| P.O. NUMBER | BROKER | DATE SHIPPED | DUE DATE |
|---|---|---|---|
| | | 9/21/01 | 10/01/01 |

| SOLD BY | DESTINATION | SHIPPED VIA | TERMS |
|---|---|---|---|
| GARY MCCONKEY | DALLAS TX | ROSE CITY | NET 10 DAYS |

| QTY | UOM | DESCRIPTION | LOADED PRICE | AMOUNT |
|---|---|---|---|---|
| | | ALL SALES FOB NO GRADE CONTRACT WITH GOOD DELIVERY STANDARDS APPLYING EXCLUDING BRUISING AND/OR DISCOLORATION FOLLOWING BRUISING. IN ADDITION, ALSO EXCLUDED FROM THIS CONTRACT ARE ALL EFFECTS RELATED TO FREEZE DAMAGE. | | |
| 11 | 70 CTN | LETTUCE FLATPACK 24 4 FRESH KIST | 7.2500 | $507.50 |
| 11 | 280 CTN | LETTUCE PLTZ / LINER 24 FK | 7.7500 | $2,170.00 |
| 11 | 56 CTN | CAULIFLOWER WRAP 12 BIRDS EYE | 9.2500 | $518.00 |
| 11 | 210 CTN | ROMAINE LINER 24 FK | 5.0000 | $1,050.00 |
| 11 | 1 CTN | ROLET 24 FK*SAMPLE* | .0000 | $0.00 |

617                                    INVOICE TOTAL    $4,245.50

**<<< FULL PAYMENT PROMPTLY, ACCORDING TO USDA REGULATIONS >>>**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

In the event legal action is commenced to collect the sum due under this invoice, the prevailing party shall be entitled to recover from the other party its costs and a reasonable attorney's fee incurred thereby, in addition to any other damages allowed by law.

**REMIT TO:**

FRESH KIST PRODUCE, LLC.
P.O. BOX 3617
SALINAS, CA 93912
(831) 757-0891

THIS INVOICE REPRESENTS OUR UNDERSTANDING OF THE TRANSACTION AS ORIGINALLY CONSUMMATED. WIRE ANY CONTRACTUAL DISCREPANCIES UPON ITS RECEIPT. THEREAFTER, WE WILL ASSUME YOU CONSIDER IT CORRECT.

**<< PLEASE MAKE CHECK PAYABLE TO FRESH KIST PRODUCE LLC.**



**RESHKIST**

RODUCE, LLC.

| | | | |
|---|---|---|---|
| R01 | **INVOICE NO.** | 149757 | 1 |
| | | FOB SALE | |
| | **INVOICE DATE** | 9/24/01 | |
| | **SALES ORDER NO.** | 149757 | |

P.O. BOX 3617
SALINAS, CA 93912
(831) 775-1000
FAX: (831) 757-2357

**SOLD TO:** 010850 00-00

METRO BROKERAGE & DIST., INC.
2000 GERALD LANE
ARLINGTON TX 76001

**SHIPPED TO:** METRO   0

METRO BROKERAGE & DIST., INC.
DALLAS TX

| P.O.NUMBER | BROKER | DATE SHIPPED | DUE DATE |
|---|---|---|---|
| | | 9/24/01 | 10/04/01 |
| SOLD BY | DESTINATION | SHIPPED VIA | TERMS |
| GARY MCCONKEY | DALLAS TX | FRANCIS | NET 10 DAYS |

| QTY | UOM | DESCRIPTION | LOADED PRICE | AMOUNT |
|---|---|---|---|---|
| | | ALL SALES FOB NO GRADE CONTRACT WITH GOOD DELIVERY STANDARDS APPLYING EXCLUDING BRUISING AND/OR DISCOLORATION FOLLOWING BRUISING. IN ADDITION, ALSO EXCLUDED FROM THIS CONTRACT ARE ALL EFFECTS RELATED TO FREEZE DAMAGE. | | |
| 2 | 200 CTN | LETTUCE PLTZ / LINER 24 FK | 7.7500 | $1,550.00 |
| 2 | 105 CTN | ROMAINE LINER 24 FK | 5.0000 | $525.00 |

305                                        **INVOICE TOTAL**        $2,075.00

**<<< FULL PAYMENT PROMPTLY, ACCORDING TO USDA REGULATIONS >>>**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

In the event legal action is commenced to collect the sum due under this invoice, the prevailing party shall be entitled to recover from the other party its costs and a reasonable attorney's fee incurred thereby, in addition to any other damages allowed by law.

**REMIT TO:**

FRESH KIST PRODUCE, LLC.
P.O. BOX 3617
SALINAS, CA  93912
(831) 757-0891

THIS INVOICE REPRESENTS OUR UNDERSTANDING OF THE TRANSACTION AS ORIGINALLY CONSUMMATED. WIRE ANY CONTRACTUAL DISCREPANCIES UPON ITS RECEIPT. THEREAFTER, WE WILL ASSUME YOU CONSIDER IT CORRECT.

**<< PLEASE MAKE CHECK PAYABLE TO
FRESH KIST PRODUCE LLC.**



FRESH KIST

PRODUCE, L.L.C.

P.O. BOX 3617
SALINAS, CA 9391
(831) 775-1000
FAX: (831) 757-235

R01 **INVOICE NO.**     150112     1
FOB SALE

**INVOICE DATE**     9/29/01

**SALES ORDER NO.**     150112

**SOLD TO:**     010850 00-00     **SHIPPED TO:**     METRO     0

METRO BROKERAGE & DIST., INC.
2000 GERALD LANE
ARLINGTON TX 76001

METRO BROKERAGE & DIST., INC.
DALLAS TX

| P.O.NUMBER | BROKER | DATE SHIPPED | DUE DATE |
|---|---|---|---|
| | | 9/29/01 | 10/09/01 |
| SOLD BY | DESTINATION | SHIPPED VIA | TERMS |
| GARY MCCONKEY | DALLAS TX | ROSE CITY | NET 10 DAYS |

| QTY | UOM | DESCRIPTION | LOADED PRICE | AMOUNT |
|---|---|---|---|---|
| | | ALL SALES FOB NO GRADE CONTRACT WITH GOOD DELIVERY STANDARDS APPLYING EXCLUDING BRUISING AND/OR DISCOLORATION FOLLOWING BRUISING. IN ADDITION, ALSO EXCLUDED FROM THIS CONTRACT ARE ALL EFFECTS RELATED TO FREEZE DAMAGE. | | |
| 12 | 240 CTN | LETTUCE PLTZ / LINER 24 FK | 4.8000 | $1,152.00 |
| 12 | 350 CTN | ROMAINE LINER 24 FK | 4.5000 | $1,575.00 |
| 11 | 42 CTN | GREEN LEAF LINER 24 FK | 4.5000 | $189.00 |

632                                    **INVOICE TOTAL**     $2,916.00

<<< FULL PAYMENT PROMPTLY, ACCORDING TO USDA REGULATIONS >>>

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

In the event legal action is commenced to collect the sum due under this invoice, the prevailing party shall be entitled to recover from the other party its costs and a reasonable attorney's fee incurred thereby, in addition to any other damages allowed by law.

**REMIT TO:**

FRESH KIST PRODUCE, LLC.
P.O. BOX 3617
SALINAS, CA  93912
(831) 757-0891

THIS INVOICE REPRESENTS OUR UNDERSTANDING OF THE TRANSACTION AS ORIGINALLY CONSUMMATED. WIRE ANY CONTRACTUAL DISCREPANCIES UPON ITS RECEIPT. THEREAFTER, WE WILL ASSUME YOU CONSIDER IT CORRECT.

<< PLEASE MAKE CHECK PAYABLE TO
FRESH KIST PRODUCE LLC.



# FRESH KIST

**P R O D U C E, L.L.C.**

R01    **INVOICE NO.**    150144    1
FOB SALE

**INVOICE DATE**    10/02/01

**SALES ORDER NO.**    150144

P.O. BOX 3617
SALINAS, CA 93912
(831) 775-1000
FAX: (831) 757-2357

**SOLD TO:**    010850 00-00    **SHIPPED TO:**    METRO    0

METRO BROKERAGE & DIST., INC.        METRO BROKERAGE & DIST., INC.
2000 GERALD LANE                     DALLAS TX
ARLINGTON TX 76001

| P.O.NUMBER | BROKER | DATE SHIPPED | DUE DATE |
|---|---|---|---|
| | | 10/02/01 | 10/12/01 |
| **SOLD BY** | **DESTINATION** | **SHIPPED VIA** | **TERMS** |
| GARY MCCONKEY | DALLAS TX | FRANCIS TRK. | NET 10 DAYS |

| QTY | UOM | DESCRIPTION | LOADED PRICE | AMOUNT |
|---|---|---|---|---|
| | | ORIGINAL PHYTO WITH DRIVER | | |
| | | FAX PHYTO TO (805) 922-0225 | | |
| | | ALL SALES FOB NO GRADE CONTRACT WITH GOOD DELIVERY | | |
| | | STANDARDS APPLYING EXCLUDING BRUISING AND/OR DISCOLORATION | | |
| | | FOLLOWING BRUISING. IN ADDITION, ALSO EXCLUDED FROM THIS | | |
| | | CONTRACT ARE ALL EFFECTS RELATED TO FREEZE DAMAGE. | | |
| 12 | 140 CTN | LETTUCE FLATPACK 24 4 FRESH KIST | 4.5000 | $630.00 |
| 12 | 80 CTN | LETTUCE PLTZ / LINER 24 FK | 4.8000 | $384.00 |
| 12 | 56 CTN | CAULIFLOWER WRAP 12 BIRDS EYE | 7.2500 | $406.00 |
| 11 | 175 CTN | ROMAINE LINER 24 FK | 4.5000 | $787.50 |
| 11 | 84 CTN | GREEN LEAF LINER 24 FK | 4.5000 | $378.00 |

535                                    INVOICE TOTAL    $2,585.50

## <<< FULL PAYMENT PROMPTLY, ACCORDING TO USDA REGULATIONS >>>

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

In the event legal action is commenced to collect the sum due under this invoice, the prevailing party shall be entitled to recover from the other party its costs and a reasonable attorney's fee incurred thereby, in addition to any other damages allowed by law.

**REMIT TO:**

FRESH KIST PRODUCE, LLC.
P.O. BOX 3617
SALINAS, CA  93912
(831) 757-0891

THIS INVOICE REPRESENTS OUR UNDERSTANDING OF THE
TRANSACTION AS ORIGINALLY CONSUMMATED. WIRE ANY
CONTRACTUAL DISCREPANCIES UPON ITS RECEIPT. THEREAFTER,
WE WILL ASSUME YOU CONSIDER IT CORRECT.

<< PLEASE MAKE CHECK PAYABLE TO
FRESH KIST PRODUCE LLC.



**RODUCE, L.L.C.**

R01

## INVOICE NO.
150855
FOB SALE

## INVOICE DATE
10/04/01

## SALES ORDER NO.
150855

1

P.O. BOX 3617
SALINAS, CA 93912
(831) 775-1000
FAX: (831) 757-2357

**SOLD TO:**  010850 00-00

**SHIPPED TO:**  METRO    0

METRO BROKERAGE & DIST., INC.
2000 GERALD LANE
ARLINGTON TX 76001

METRO BROKERAGE & DIST., INC.
DALLAS TX

| P.O.NUMBER | BROKER | DATE SHIPPED | DUE DATE |
|---|---|---|---|
| | | 10/04/01 | 10/14/01 |
| SOLD BY | DESTINATION | SHIPPED VIA | TERMS |
| GARY MCCONKEY | DALLAS TX | ROSE CITY | NET 10 DAYS |

| QTY | UOM | DESCRIPTION | LOADED PRICE | AMOUNT |
|---|---|---|---|---|
| | | ALL SALES FOB NO GRADE CONTRACT WITH GOOD DELIVERY STANDARDS APPLYING EXCLUDING BRUISING AND/OR DISCOLORATION FOLLOWING BRUISING. IN ADDITION, ALSO EXCLUDED FROM THIS CONTRACT ARE ALL EFFECTS RELATED TO FREEZE DAMAGE. | | |
| 2 | 120 CTN | LETTUCE PLTZ / LINER 24 FK | 4.8000 | $576.00 |
| 1 | 336 CTN | BROCCOLI CROWN 20# PSAL | 9.0000 | $3,024.00 |
| 2 | 192 CTN | CELERY 36 FK | 3.5000 | $672.00 |
| 2 | 70 CTN | ROMAINE LINER 24 FK | 4.5000 | $315.00 |
| 1 | 84 CTN | GREEN LEAF LINER 24 FK | 4.5000 | $378.00 |

802

**INVOICE TOTAL**    $4,965.00

### <<< FULL PAYMENT PROMPTLY, ACCORDING TO USDA REGULATIONS >>>

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499(e(C)). The Seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

In the event legal action is commenced to collect the sum due under this invoice, the prevailing party shall be entitled to recover from the other party its costs and a reasonable attorney's fee incurred thereby, in addition to any other damages allowed by law.

**REMIT TO:**

FRESH KIST PRODUCE, LLC.
P.O. BOX 3617
SALINAS, CA 93912
(831) 757-0891

THIS INVOICE REPRESENTS OUR UNDERSTANDING OF THE TRANSACTION AS ORIGINALLY CONSUMMATED. WIRE ANY CONTRACTUAL DISCREPANCIES UPON ITS RECEIPT. THEREAFTER, WE WILL ASSUME YOU CONSIDER IT CORRECT.

### << PLEASE MAKE CHECK PAYABLE TO
### FRESH KIST PRODUCE LLC.



**FRESH KIST**

R O D U C E, LLC.

| | |
|---|---|
| | P.O. BOX 3617 |
| | SALINAS, CA 93912 |
| | (831) 775-1000 |
| | FAX: (831) 757-2357 |

R01  **INVOICE NO.**  150897   1
        **FOB SALE**
     **INVOICE DATE**  10/09/01
     **SALES ORDER NO.**  150897

**SOLD TO:**  010850 00-00     **SHIPPED TO:**  METRO    0

METRO BROKERAGE & DIST., INC.      METRO BROKERAGE & DIST., INC.
2000 GERALD LANE                   DALLAS TX
ARLINGTON TX 76001

| P.O.NUMBER | BROKER | DATE SHIPPED | DUE DATE |
|---|---|---|---|
| | | 10/09/01 | 10/19/01 |
| **SOLD BY** | **DESTINATION** | **SHIPPED VIA** | **TERMS** |
| GARY MCCONKEY | DALLAS TX | FRANCIS TR | NET 10 DAYS |

| QTY | UOM | DESCRIPTION | LOADED PRICE | AMOUNT |
|---|---|---|---|---|
| | | ALL SALES FOB NO GRADE CONTRACT WITH GOOD DELIVERY STANDARDS APPLYING EXCLUDING BRUISING AND/OR DISCOLORATION FOLLOWING BRUISING. IN ADDITION, ALSO EXCLUDED FROM THIS CONTRACT ARE ALL EFFECTS RELATED TO FREEZE DAMAGE. | | |
| 28 | CTN | CAULIFLOWER 12 FK | 5.5000 | $154.00 |
| 96 | CTN | CELERY 24 FK | 5.0000 | $480.00 |
| 64 | CTN | CELERY 36 FK | 3.5000 | $224.00 |
| 105 | CTN | ROMAINE LINER 24 FK | 8.2500 | $866.25 |
| 42 | CTN | GREEN LEAF LINER 24 FK | 4.5000 | $189.00 |

335                          INVOICE TOTAL      $1,913.25

<<< FULL PAYMENT PROMPTLY, ACCORDING TO USDA REGULATIONS >>>

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499(e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

In the event legal action is commenced to collect the sum due under this invoice, the prevailing party shall be entitled to recover from the other party its costs and a reasonable attorney's fee incurred thereby, in addition to any other damages allowed by law.

**REMIT TO:**

FRESH KIST PRODUCE, LLC.
P.O. BOX 3617
SALINAS, CA  93912
(831) 757-0891

THIS INVOICE REPRESENTS OUR UNDERSTANDING OF THE TRANSACTION AS ORIGINALLY CONSUMMATED. WIRE ANY CONTRACTUAL DISCREPANCIES UPON ITS RECEIPT. THEREAFTER, WE WILL ASSUME YOU CONSIDER IT CORRECT.

<< PLEASE MAKE CHECK PAYABLE TO
FRESH KIST PRODUCE LLC.



**FRESH KIST PRODUCE, L.L.C.**

R01    **INVOICE NO.**    151338    1

FOB SALE

**INVOICE DATE**    10/10/01

**SALES ORDER NO.**    151338

P.O. BOX 3617
SALINAS, CA 93912
(831) 775-1000
FAX: (831) 757-2357

**SOLD TO:**    010850 00-00

**SHIPPED TO:**    METRO    0

METRO BROKERAGE & DIST., INC.
2000 GERALD LANE
ARLINGTON TX 76001

METRO BROKERAGE & DIST., INC.
DALLAS TX

| P.O.NUMBER | BROKER | DATE SHIPPED | DUE DATE |
|---|---|---|---|
| | | 10/10/01 | 10/20/01 |
| SOLD BY | DESTINATION | SHIPPED VIA | TERMS |
| GARY MCCONKEY | DALLAS TX | ROSE CITY | NET 10 DAYS |

| QTY | UOM | DESCRIPTION | LOADED PRICE | AMOUNT |
|---|---|---|---|---|
| | | ALL SALES FOB NO GRADE CONTRACT WITH GOOD DELIVERY STANDARDS APPLYING EXCLUDING BRUISING AND/OR DISCOLORATION FOLLOWING BRUISING. IN ADDITION, ALSO EXCLUDED FROM THIS CONTRACT ARE ALL EFFECTS RELATED TO FREEZE DAMAGE. | | |
| 12 | 280 CTN | ROMAINE LINER 24 FK | 9.2500 | $2,590.00 |

280    INVOICE TOTAL    $2,590.00

<<< FULL PAYMENT PROMPTLY, ACCORDING TO USDA REGULATIONS >>>

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5C of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499(e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

In the event legal action is commenced to collect the sum due under this invoice, the prevailing party shall be entitled to recover from the other party its costs and a reasonable attorney's fee incurred thereby, in addition to any other damages allowed by law.

**REMIT TO:**

FRESH KIST PRODUCE, LLC.
P.O. BOX 3617
SALINAS, CA  93912
(831) 757-0891

THIS INVOICE REPRESENTS OUR UNDERSTANDING OF THE TRANSACTION AS ORIGINALLY CONSUMMATED. WIRE ANY CONTRACTUAL DISCREPANCIES UPON ITS RECEIPT. THEREAFTER, WE WILL ASSUME YOU CONSIDER IT CORRECT.

<< PLEASE MAKE CHECK PAYABLE TO
FRESH KIST PRODUCE LLC.



R O D U C E, L L C.

R01    **INVOICE NO.**    151339    1
FOB SALE
**INVOICE DATE**    10/13/01
**SALES ORDER NO.**    151339

P.O. BOX 3617
SALINAS, CA 93912
(831) 775-1000
FAX: (831) 757-2357

**SOLD TO:**    010850 00-00    **SHIPPED TO:**    METRO    0

METRO BROKERAGE & DIST., INC.
2000 GERALD LANE
ARLINGTON TX 76001

METRO BROKERAGE & DIST., INC.
DALLAS TX

| P.O.NUMBER | BROKER | DATE SHIPPED | DUE DATE |
|---|---|---|---|
| | | 10/13/01 | 10/23/01 |
| SOLD BY | DESTINATION | SHIPPED VIA | TERMS |
| GARY MCCONKEY | DALLAS TX | ROSE CITY | NET 10 DAYS |

| QTY | UOM | DESCRIPTION | LOADED PRICE | AMOUNT |
|---|---|---|---|---|
| | | ALL SALES FOB NO GRADE CONTRACT WITH GOOD DELIVERY STANDARDS APPLYING EXCLUDING BRUISING AND/OR DISCOLORATION FOLLOWING BRUISING. IN ADDITION, ALSO EXCLUDED FROM THIS CONTRACT ARE ALL EFFECTS RELATED TO FREEZE DAMAGE. | | |
| 20 | CTN | LETTUCE FLATPACK 24 4 FRESH KIST | 5.2500 | $105.00 |
| 23 | CTN | CAULIFLOWER 12 FK | 5.5000 | $126.50 |
| 33 | CTN | CAULIFLOWER WRAP 12 BIRDS EYE | 7.0000 | $231.00 |
| 84 | CTN | GREEN LEAF LINER 24 FK | 4.5000 | $378.00 |

160    INVOICE TOTAL    $840.50

<<< FULL PAYMENT PROMPTLY, ACCORDING TO USDA REGULATIONS >>>

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499(e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

In the event legal action is commenced to collect the sum due under this invoice, the prevailing party shall be entitled to recover from the other party its costs and a reasonable attorney's fee incurred thereby, in addition to any other damages allowed by law.

**REMIT TO:**

FRESH KIST PRODUCE, LLC.
P.O. BOX 3617
SALINAS, CA 93912
(831) 757-0891

THIS INVOICE REPRESENTS OUR UNDERSTANDING OF THE TRANSACTION AS ORIGINALLY CONSUMMATED. WIRE ANY CONTRACTUAL DISCREPANCIES UPON ITS RECEIPT. THEREAFTER, WE WILL ASSUME YOU CONSIDER IT CORRECT.

<< PLEASE MAKE CHECK PAYABLE TO
FRESH KIST PRODUCE LLC.



**FRESH KIST**

P R O D U C E, L L C.

R01

**INVOICE NO.**    151914    1
FOB SALE

**INVOICE DATE**    10/18/01

**SALES ORDER NO.**    151914

P.O. BOX 3617
SALINAS, CA 93912
(831) 775-1000
FAX: (831) 757-2357

**SOLD TO:**    010850 00-00

**SHIPPED TO:**    METRO    0

METRO BROKERAGE & DIST., INC.
2000 GERALD LANE
ARLINGTON TX 76001

METRO BROKERAGE & DIST., INC.
DALLAS TX

| P.O.NUMBER | BROKER | DATE SHIPPED | DUE DATE |
|---|---|---|---|
| | | 10/18/01 | 10/28/01 |
| SOLD BY | DESTINATION | SHIPPED VIA | TERMS |
| GARY MCCONKEY | DALLAS TX | FRANSIS | NET 10 DAYS |

| QTY | UOM | DESCRIPTION | LOADED PRICE | AMOUNT |
|---|---|---|---|---|
| | | ALL SALES FOB NO GRADE CONTRACT WITH GOOD DELIVERY STANDARDS APPLYING EXCLUDING BRUISING AND/OR DISCOLORATION FOLLOWING BRUISING. IN ADDITION, ALSO EXCLUDED FROM THIS CONTRACT ARE ALL EFFECTS RELATED TO FREEZE DAMAGE. | | |
| .1 | 32 CTN | CELERY 18 FK | 4.0000 | $128.00 |
| .2 | 420 CTN | ROMAINE LINER 24 FK | 5.2500 | $2,205.00 |
| .1 | 84 CTN | KALE 24 FK | 5.0000 | $420.00 |

536

**INVOICE TOTAL    $2,753.00**

<<< FULL PAYMENT PROMPTLY, ACCORDING TO USDA REGULATIONS >>>

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

In the event legal action is commenced to collect the sum due under this invoice, the prevailing party shall be entitled to recover from the other party its costs and a reasonable attorney's fee incurred thereby, in addition to any other damages allowed by law.

**REMIT TO:**

FRESH KIST PRODUCE, LLC.
P.O. BOX 3617
SALINAS, CA  93912
(831) 757-0891

THIS INVOICE REPRESENTS OUR UNDERSTANDING OF THE
TRANSACTION AS ORIGINALLY CONSUMMATED. WIRE ANY
CONTRACTUAL DISCREPANCIES UPON ITS RECEIPT. THEREAFTER,
WE WILL ASSUME YOU CONSIDER IT CORRECT.

<< PLEASE MAKE CHECK PAYABLE TO
FRESH KIST PRODUCE LLC.